**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | |
|---|---|
| Case No.  **CV 24-2191-JFW(PDx)** | Date:  May 14, 2025 |

Title:     Pulte Home Company, LLC -v- HDI Global Specialty SE, et al.

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**         **ATTORNEYS PRESENT FOR DEFENDANTS:**
            None                                                                      None

**PROCEEDINGS (IN CHAMBERS):    ORDER TO SHOW CAUSE RE PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AGAINST UNITED SPECIALTY INSURANCE COMPANY**

On April 30, 2025, Plaintiffs Pulte Home Company, LLC, Centex Homes, and Centex Real Estate Company, LLC (collectively, "Plaintiffs") filed a Motion for Summary Judgment Against United Specialty Insurance Company ("Motion"), with a hearing date of June 2, 2025.  Defendant United Specialty Insurance Company ("United Specialty") was required to file its Opposition on or before May 12, 2025.  However, United Specialty failed to timely file an Opposition.

Accordingly, United Specialty is ordered to show cause, in writing, on or before **May 16, 2025,** why the Court should not grant Plaintiffs' Motion based on United Specialty's failure to file an Opposition.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the granting of Plaintiffs' Motion.

IT IS SO ORDERED.