**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.     **CV 24-2191-JFW(PDx)**                                        Dated: June 18, 2025

Title:       Pulte Home Company, LLC -v- HDI Global Specialty SE, et al.

---

**PRESENT:**

    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**         **ATTORNEYS PRESENT FOR DEFENDANTS:**
    None                                                                          None

**PROCEEDINGS (IN CHAMBERS):**     **ORDER TO SHOW CAUSE RE: SANCTIONS**

    Counsel are ordered to show cause, in writing, on or before June 20, 2025, why they should not be sanctioned in the amount of $2,500.00 for their violation of paragraph 4(b) of the Court's Scheduling and Case Management Order regarding the preparation and filing of the Joint Exhibit Binder and the Joint Declarations Binder.  No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15.  The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the imposition of sanctions.  The parties shall immediately file the Joint Exhibit Binder and Joint Declarations Binder in accordance with the Court's Scheduling and Case Management Order and Standing Order.

    IT IS SO ORDERED.

Initials of Deputy Clerk   sr